IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-10520
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTOPHER MICHAEL PEARSON,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:93-CR-189-1-H
--------------------
October 29, 2002

Before DeMOSS, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Christopher Michael Pearson, federal prisoner No. 24340-077, has appealed the district court's order dismissing his motion under 18 U.S.C. § 3582 for a reduction in his sentence. Pearson received a stipulated sentence pursuant to a FED. R. CRIM. P. 11(e)(1)(C) plea agreement. Because his sentence was imposed under Rule 11(e)(1)(C), Section 3582 had no applicability.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.